FIRST NATIONAL BANK OF PLATTSBURGH, RESPONDENT, *v.* RUFUS HEATON, APPELLANT.

APPEALS from orders·denying motions for a new trial, on the ground of newly discovered evidence, and on a case and exceptions.

The General Term were of the opinion that the motions were properly denied, as the evidence was not newly discovered, and as there was no merit in the objections taken to the admission of evidence.

*Samuel Hand*, for the appellant.

*S. W. Holcomb*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., and BOARDMAN, J.

Order affirmed, with ten dollars costs.